2421.  COHEN *v.* AMERICAN LAUNDRY MACHINERY MANUFAC-
TURING COMPANY.

HILL, C. J.  The law applicable to the issues made by the pleadings and evidence was fully, fairly, and correctly given in charge, and the evidence supports the verdict.                              *Judgment affirmed.*

DECIDED JULY 5, 1910.

Action for breach of contract; from city court of Savannah—Judge Freeman.    November 29, 1909.

*P. W. Meldrim, E. A. Cohen,* for plaintiff in error.

*O'Byrne, Hartridge & Wright,* contra.